

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00816-CR

Walter **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6975
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 1, 2023.

_____
Lori I. Valenzuela, Justice